# EXHIBIT B

U.S. Department o f Justice
United States Marshals Service



ÅLESUND POLITISTASJON
9 FEB 2015
JNR: SIS 007719
SAKSBEHANDLER:



# ANMODNING
## FOR FORKYNNING AV JURIDISKE OG IKKE-JURIDISKE DOKUMENTER

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Haag-konvensjonen om forkynning av rettslige og utenrettslige dokumenter på sivil-og
handelsrettens område, signert på Den Haag, 15. november, 1965.
*Convention relative a la signification et a la notification a l'étranger des actes judiciaires ou*
*extrajudiciaires en matière civil ou commerciale, signée a La Haye, le 15 novembre 1965.*

| Identitet og adresse til søkeren<br>Identité et adresse du requérant | Adresse til mottagende myndighet<br>Adresse de l'autorité destinataire |
|---|---|
| Matthew P. Skrabanek, Esq.<br>c/o Legal Concierge, Inc.<br>3975 McCreary Rd., Parker, TX 75002 Autorisert<br>søker i henhold til folkeretten 97-351 av 26. feb.,<br>1983 som redigerte regel 4(c) 2(a) Federal Rules of<br>Civil Procedure | Justis-og Beredskapsdepartementet,<br>Sivilavdelingen<br>Postadresse: P.O. Box 8005 Dep<br>0030 OSLO, Kontor adresse: Gullhaug Torg 4<br>a  0484 OSLO, NORGE |

Den undertegnede søkeren har æren av å sende – i duplikat – de dokumentene listet nedenfor og, i samsvar
med artikkel 5 av den ovenfornevnte konvensjonen, etterspør punktlig service av en kopi derav på adressaten,
dvs.,
(Identitet og adresse)
Lo requérant soussigné a l'honneur do faire parvenir-en double exemplaire-a l'autorité destinataire les documents ci-
dessous énumères, en la priant, conformément a l'article 5 de la Convention précitée, d'en faire remettre sans retard un
exemplaire au destinataire, a savoir: (identité et adresse)

<u>Volstad Maritime AS . Klaus Nilsensgt 6  PO  Box 1137, Sentrum 6001 Aalesund,</u>
<u>NORGE</u>

☒(a) i samsvar med de provisjonene av  underpunkt (a) av det første avsnittet av artikkel 5 av konvensjonen.*
*a) selon les formes légales (article 5 alinéas premier, lettre a).*

☐(b) i samsvar med den følgende metoden (underpunkt (b) av det første avsnittet av artikkel 5)*:
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

_____

_____

☐(c) ved overlevering til adressaten, hvis han aksepterer den frivillig (andre avsnitt av artikkel 5)*:
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

Myndigheten er anmodet om å returnere eller å få returnert til søkeren en kopi av dokumentene og av anneksene med et sertifikat
som er gitt på baksiden av denne søknaden.
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire do l'acte -  et de ses annexes – avec l'attestation figurant au verso.

<u>Liste av dokumenter</u>
*Énumération des pièces*

<u>Utført «Anmodning» i duplikat</u>
<u>«Sertifikat» (ikke utført) i duplikat</u>
<u>Forkynnelse i duplikat</u>
<u>Andre redigerte stevning i duplikat</u>

Gjort i <u>Houston, TX (USA)</u>, den <u>5-11-14</u>

Signature and/or stamp
*Signature et ou cachet*

M. Paul Skrabanek

mottatt "/2 - 15

# SERTIFIKAT
## *ATTESTATION*

Den undertegnede myndigheten har æren av å sertifisere, i samsvar med artikkel 6 av konvensjonen,
*L'autorité soussignée a l'honneur d'attester conformément a l'article 6 de ladite Convention,*

1) at dokumentet har blitt forkynnet*
*1) que la demande a l'été exécuté*
    – den (dato) -*/e (date)* _____
    –på (sted, gate, nummer)

    – ved en av de følgende metodene autorisert av artikkel 5:
    *–dans une des formes suivantes prévues a l'article 5:*

    ☐(a) i samsvar med de provisjonene av underpunkt (a) av det første avsnittet av konvensjonen*.

    a) *selon les formes légales (article 5, alinéa premier, lettre a)*

    ☐(b) i samsvar med den følgende metoden:
    *b) selon la forme particulière suivante:*

    ☐(c) ved overlevering til adressaten, som aksepterte den frivillig*
    *c) par remise simple.*

Dokumentene referert til i anmodningen har blitt overlevert til:
*Les documents mentionnes dans la demande ont été remis a:*
    • *(identitet og beskrivelse av person)*
    • *(Identité et qualité de la personne)*

    • forhold til adressatens familie, bedrift eller annet
    • *liens de parenté de subordination ou autres avec le destinataire de l'acte:*

2) at dokumentene har ikke blitt forkynnet, begrunnet de følgende fakta:
*2) que la demande n'a pas été exécutée, en raison des faits suivants:*

I samsvar med det andre avsnittet av artikkel 12 av konvensjonen, er søkeren bedt om å betale utgiftene som er lagt
ut i den vedlagte utskriften*
*Conformément a l'article 2, de ladite Convention, le requérant est prie de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEKSER
Annexes

Dokumenter returnert:
*Pièces renvoyées*

_____

_____    Gjort i_____, den_____

I hensiktsmessige saker, dokumenter som etablerer tjenesten:    Signatur og/eller stempel
*Le cas échéant, les documents justificatifs de l'exécution:*    *Signature et/ou cachet*

_____    _____

_____

## SAMMENDRAG AV DOKUMENTENE SOM SKAL FORKYNNES
### *EMENTS ESSENTIELS DE L'ACTE*

Haag-konvensjonen om forkynning av rettslige og utenrettslige dokumenter på sivil-og handelsrettens område, signert på Den Haag, 15. november, 1965.

*Convention relative à la signification et a la notification a l'étranger des actes judicaires ou extrajudiciaires en matière civile ou commerciale, signée a La Haye, le 15 novembre 1965.*

(artikkel 5, fjerde avsnitt)
*(article 5, alignée quatre)*

Navn og adresse til den søkende myndighet:
*Nom et adresse de l'autorité requérante:*
Matthew P. Skrabanek, c/o Legal Concierge, 3975 McCreary Rd., Parker, TX 75002

Detaljer om partene:
*Identité des parties:*
Samantha Sanders vs. RPS Group, PLC, Casa No. 2014-46080

### JURIDISK DOKUMENT
### *ACTE JUDICIAIRE*

Substans og formål av dokumentet:
*Nature et objet de l'acte:*
For å meddele at Saksøkeren har levert en klage mot Saksøkte

Substans og formål av søksmålet og, der hensiktsmessig, tvistbeløpet:
*Nature et objet de l'instance, le cas échéant, le montant du litige:*
Denne saken omhandler et seksuelt overgrep av kapteinen av båten.

Dato og sted for frammøte:
*Date et lieu de la comparution:*
Svar må leveres med: 215th Judicial District Court, 201 Caroline, Houston, TX 77002 USA

Domstol som har gitt dommen**:
*Juridiction qui a rendu la décision:*
NA

Dato av dommen**:
*Date de la décision:*
NA

Tidsfrister angitti dokumentet**:
*Indication des délais figurant dans l'acte:*
Svar eller respons innen 20 dager fra overlevering av forkynnelsen til deg.

### EKSTRA-JURIDISK DOKUMENT
### *ACTE EXTRAJUDICIAIRE*

Substans og formål av dokumentet:
*Nature et objet de l'acte:*
NA

Tidsfrister angitt i dokumentet**
*Indication des délais figurant dans l'acte:*
NA

SAK NR. 201446060

KVITTERING NR                                           0.00  MTA
                    **********              TR # 73063081

SAKSØKEREN: SANDERS,                        In The  215th
SAMANTHA                                    Judicial District Court
     vs.                                    of Harris County, Texas
SAKSØKTE: RPS GROUP PLC                     215TH DISTRICT COURT
                                            Houston, TX

FORKYNNELSE (IKKE-BOSATT BEDRIFT)

THE STATE OF TEXAS
County of Harris


TIL: VOLSTAD MARITIME AS
     KLAUS NILSENSGT 6 P O BOX 1137 SENTRUM 6001 AALESUND


     Vedlagt er en kopi av <u>SAKSØKERENS ANDRE REDIGERTE ORIGINAL-STEVNING</u>

Denne stevningen ble inngitt den <u>29. september.  2014,</u> i det saknummeret og domstolen
sitert ovenfor. Det vedlagte dokumentet forklarer anklagene mot deg.

DU HAR BLITT SAKSØKT, Du kan ansette en advokat. Hvis du eller din advokat ikke leverer et
skriftlig svar med den District Clerk som utga denne stevningen innen kl. 1000 mandag neste
følgende utløpet av 20 dager etter du ble gitt denne stevningen, kan en fraværsdom avsies.

TIL BETJENTEN SOM UTSTEDER:
     Denne stevningen ble utgitt den 2. oktober, 2014, av min hånd og
segl av gitte domstol.

<u>Utgitt etter forespørsel</u>                      CHRIS DANIEL, District Clerk
<u>av:</u>                                            Harris County, Texas
SKRABANEK, MATTHEW PAUL                      201 Caroline    Houston, Texas 77002
3701 KIRBY DRIVE SUITE 760                   (P.O. Box 4651, Houston, Texas 77210)
HOUSTON, TX 77098
Tel: (832) 690-7000                          GENERATED BY: JOHNSON, CHARLETA MA
<u>Bar No. : 24063005</u>                            YS9//9938263




BETJENT / AUTORISERT PERSON RETUR

Mottatt den _____ dagen av _____, _____, på kl. _____, og utførte det samme

i _____County, Texas, på den _____ dagen av _____, _____, på kl. __

_____, ved å innkalle _____, ved levering til ____

_____, personlig _____.


et firma <
               ved å etterlatte i hovedkontoret i arbeidstid

_____av den gitte _____

en sann kopi av denne notisen, sammen med ledsagende kopi av

Forkynning          kopi   $ _____

SAK NR. 2014-46060

| | | |
|---|---|---|
| Samantha Sanders | § | IN THE DISTRICT COURT OF |
| | § | |
| Saksøker | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| RPS Group, PLC, WesternGeco AS, | § | |
| WesternGeco, LLC, Schlumberger, | § | |
| Ltd and Volstad Maritime AS | § | |
| | §. | |
| Saksøkte | !§ | 215TH JUDICIAL DISTRICT |

## ANDRE REDIGERTE STEVNING

Saksøker klager av saksøkte RPS Group, PLC, WesternGeco AS, WesternGeco, LLC,

Schlumberger, Ltd og Volstad Maritime AS (kollektivt «Saksøkte») og vil

respektfullt vise domstolen at:, ·

## I.

### Domssogn

1.    Denne domstolen har domssogn u n d e r Savings to Suitors klausulen. 28 U.S.C. *§*

1333. Videre, er det veletablert at denne Jones Act saken kan ikke fjernes. *Lackey v.*

*Atlantic Richfield Co.,* 990 F.2d 202,   07 (5th Cir. 1993).



2.    Rettsstedet er ordentlig i dette distriktet fordi Saksøkte bor i denne

kommunen.

## III.

### Saksforberedelser

3.    Saksforberedelser i denne saken kan utføres under «Level 3, Texas Rules

of Civil Procedure».

## IV.
### Partene

4.    Saksøker er en amerikansk sjømann og er bosatt i Alabama.

5.    Saksøkte RPS Group, PLC er et Texas firma som kan bli stevnet gjennom dets kontor på 411

North Sam Houston Parkway, Suite 400, Houston, Texas 77060.

6.    Saksøkte Schlumberger, Ltd. er et Texas firma som har blitt stevnet og som har frammøtt i

denne saken.

7.    Saksøkte WesternGeco AS er et datterselskap av Schlumberger, Ltd. og har hovedkvarter i

Houston, Texas. Den kan stevnes gjennom dens registrerte agent, National Registered Agents, Inc.

På 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

8.    Saksøkte WesternGeco LLC er et datterselskap av Schlumberger, Ltd. og har hovedkvarter i

Houston, Texas. Den kan stevnes gjennom dens kontor på 10001 Richmond Ave., Houston, Texas

77042.

9.    Saksøkte Volstad Maritime AS er et Norsk firma som har hovedkvarter på Klaus Nilsensgt. 6

P.O. Box 1137 Sentrum 6001 Ålesund.

# V.

## Beskrivelse av handlingen

10. På eller rund 1. oktober, 2013, var saksøker ansatt av RPS Group, PLC ombord båten Geco Tau, som var eiet, operert og/eller drevet av WesternGeco, Schlumberger og Volstad Maritime AS under et time charter. Mens Geco Tau var utplassert på farbare vann, og mens Saksøker bidro til og hjalp båten fullføre dets oppdrag, ble saksøker utsatt for et seksuelt overgrep av kapteinen på båten. Kapteinen var ansatt av Volstad Maritime AS da dette skjedde. Før denne tid, var Saksøkers medarbeider også utsatt for seksuelle tilnærmelser fra kapteinen. På 1. oktober, 2013, grep kapteinen Saksøkeren bakfra og begynte å gni seg opp mot henne. Saksøker umiddelbart avfeide tilnærmelsene. Etter å ha kontaktet ledelsen av både RPS og WesternGeco, gjorde kapteinen igjen tilnærmelser til Saksøker på 8. oktober 2013. Denne gangen forsøkte kapteinen å kysse Saksøker. Igjen, ledelsen snudde blikket vekk. Til slutt, ble Saksøker endelig tatt av båten.

11. Saksøkte var uaktsom og grovt uaktsom av følgende grunnene:

    a. svikt til ordentlig tilsyn over besetning;

    b. svikt til å ordentlig opplære dens ansatte;

    c. svikt til å forsyne en tilstrekkelig besetning;

    d. svikt til å tilstrekkelig sjekke kapteinen;

    e. svikt til å handle tidsnok etter melding om at kapteinen drev med seksuell trakassering av kvinnelige besetningsmedlemmer;

    f. svikt til å føre forsvarlig tilsyn over oppdraget;

    g. drift av båten på en uordentlig og usikker måte;

    h. stedfortredende ansvarlig for dens ansattes uaktsomhet og grov uaktsomhet; og

    i. andre handlinger ansett som uaktsom og grovt uaktsom.

12. På alle relevante tider, var Geco Tau usjødyktig.

13. Som et resultat av gitte hendelser, Saksøker led uønsket og støtende fysisk kontakt og alvorlig

emosjonell nød.

14. Saksøker pådro skader, som resulterte i fysisk smerte, mental lidelse, og andre medisinske problemer. Saksøker har pådratt alvorlig smerte, fysisk hemning, ubehag, mental lidelse, og nød. I all rimelig sannsynlighet, vil Saksøkers fysisk smerte, fysisk hemning og mental lidelse fortsette i ubestemt tid. Saksøker has også lidt av tap av lønn i fortiden samt et tap av framtidig erverv. Saksøker har pådratt og vil pådra farmasøytiske og medisinske kostnader i forbindelse med hans skader. Videre, som en sjømann, Saksøker er berettiget vedlikehold og kur, som Saksøkte har sviktet å betale. Saksøker søker oppreisningserstatning fra Saksøkte for vilkårlig og uordentlig nektelse av vedlikehold og kur. Saksøker har blitt skadet i en sum langt over de minimum grensene satt av denne ærverdige domstolen, som hun nå saksøker for.

15. Saksøker er også berettiget til oppreisningserstatning fordi de nevnte handlingene av Saksøkte var grovt uaktsomt. Saksøkte handlet med åpenbar og ondsinnet overseelse av Saksøkers helse og sikkerhet. Saksøkte var subjektivt klar over den ekstreme risikoen som følge av forholdene, som forårsaket Saksøkers skade, men gjorde ingenting for å rette på dem. I stedet for, Saksøkte hadde Saksøker og andre besetningsmedlemmer fortsette med arbeidet til tross for de farlige forholdene de var utsatt for. Saksøkte gjorde dette vitende at forholdene stilte farlige og alvorlige sikkerhetsbekymringer. Saksøktes handlinger og utelatelser involverte en ekstrem grad av risiko med tanke på sannsynligheten og graden av mulig skade til Saksøker og andre. Saksøkte har faktisk, subjektiv bevissthet om risikoen, og bevisst overså denne risikoen ved å la Saksøker arbeide under slike farlige forhold.

# VI.

## Jury Rettsak

16. Saksøker herved søker om rettsak ved jury på alle punkter.

# VII.

## Bønn

Saksøker ber at dette søksmålet bli utstedt og stevnet ovenfor Saksøkte i en form og måte

påkrevd av loven, med krav om at Saksøkte fremmøter og svarer, og at etter sluttinnlegg, Saksøker har

dom imot Saksøkte i en totalsum i overkant av de minimum grensene satt av domstolen, pluss førdoms

og etterdoms-renter, alle kostnader av domstolen, og alle slike andre og videre lettelse, til hvilket

Saksøkte viser seg selv rettferdig berettiget, som inkluderer men er ikke begrenset til:

- Historisk og framtidig medisinske skader;

- Historisk og framtidig tap av erverv;

- Historisk og framtidig fysisk smerte, fysisk lidelse, og mental lidelse;

- Historisk og framtidig hemning;

- Historisk og framtidig vedlikehold og kur;

- Oppreisningserstatning; og

- Advokat gebyr

Respektfullt innlevert,

**PIERCE CHAPMAN**
**SKRABANEK BRUERA, PLLC**

/s/M. Paul Skrabanek

MICHAEL E. PIERCE
State Bar No. 24039117
M. PAUL SKRABANEK
State Bar No. 24063005
3701 Kirby Drive, Suite 760
Houston. Texas 77098
Telefon: (832) 690-7000
Faks: (832) 575-4840
E-post: Michael@pcsblaw.com
      paul@pcsblaw.com

**ADVOKATER TIL SAKSØKER**

## SERTIFIKAT AV TJENESTE

Jeg herved sertifiserer at på denne dag, 29. september, 2014, en sann og korrekt kopi av det ovenfor og foregående instrument ble stevnet ved E-tjeneste og/eller faks til prosessfullmektige.

Michelle D. Pector
Cody T. Vasut
Baker & Hostetler LLP
811 Main Street, Suite 1100
Houston, TX 77002
**Prosessfullmektig til Saksøkte Schlumberger N.V.**

/s/M. Paul Skarabanek
**M. Paul Skrabanek**



the
language○experts

*Go Global, Speak Local.*

A Judicial Process &
Support, Inc. Brand

19 West Flagler Street, Suite 717, Miami, FL 33130    www.thelanguageexperts.com    **P** 305.347.3353 **F** 305.347.3354

## <u>TRANSLATION: CERTIFICATE OF ACCURACY</u>

<u>Translation Declaration</u>

Re: Translation Reference Number: 2014008873

The Language Experts, hereby certifies that the above-mentioned document Number 2014008873 has been translated by an experienced and qualified professional translator from English into Norwegian, and that in our best judgment, the translated text truly reflects the content, meaning and style of the original text and constitutes in every respect an accurate and complete translation of the original document.

This is to certify the accuracy of the translation only. We do not guarantee that the original is a genuine document or that the statements in the original document are true.

_____        *12-22-14*
Raymond Gutierrez , The Language Experts            Date:

STATE OF FLORIDA

COUNTY MIAMI-DADE

Subscribed  and sworn to before me this _22nd___ day of December , 2014

_____            _____
Signature of Notary Public, State of Florida            Stamp: Commissioned Name of Notary

Personally known _____ or produced identification _____ Type of I.D. _____





MARIA J. GUTIERREZ
Notary Public - State of Florida
My Comm. Expires Jan 25, 2017
Commission # EE 867821
Bonded Through National Notary Assn.



# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou*
*extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Matthew P. Skrabanek, Esq.<br>c/o Legal Concierge, Inc.<br>3975 McCreary Rd., Parker, TX 75002<br>Authorized applicant pursuant to public law<br>97-351 of Feb. 26, 1983 which amended rule<br>4(c) 2(a) Federal Rules of Civil Procedure | The Royal Ministry of Justice and Public<br>Security, Department of Civil Affairs<br>Postal address: P.O. Box 8005 Dep<br>0030 OSLO, Office address: Gullhaug Torg 4 a<br>0484 OSLO, Norway |

The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity
with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous*
*énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au*
*destinataire, à savoir:*
(identité et adresse)

Volstad Maritime AS , Klaus Nilsensgt 6 P O Box 1137, Sentrum 6001 Aalesund,
Norway

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5 alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes
with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec*
*l'attestation figurant au verso.*

| List of documents<br>*Enumération des pièces* | Done at Houston, TX (USA) , the 11/5/14<br>*Fait à , le* |
|---|---|
| Executed "Request" in duplicate<br>"Certificate" (Unexecuted) in duplicate<br>Citation in duplicate<br>Second Amended Petition in duplicate | Signature and/or stamp<br>*Signature et/ou cachet*<br><br>M. Paul Skrabanek |

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1) que la demande a été exécutée*
    – the (date) -- *le (date)* _____
    -- at (place, street, number) - *à (localité, rue, numéro)*

_____

    -- in one of the following methods authorized by article 5:
    -- *dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
    *a) selon les formes légales (article 5, alinéa premier, lettre a)*

☐ (b) in accordance with the following particular method:
    *b) selon la forme particulière suivante:* _____

☐ (c) by delivery to the addressee, who accepted it voluntarily.*
    *c) par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

    - (identity and description of person)
    - *(Identité et qualité de la personne)*

_____

    - relationship to the addressee family, business or other
    - *liens de parenté de subordination ou autres avec le destinataire de l'acte:*

_____

2) that the document has not been served, by reason of the following facts*:
*2) que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse
the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais
dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at _____, the _____
*Fait à* _____, *le* _____

Signature and/or stamp
*Signature et/ou cachet*

_____

# SUMMARY OF THE DOCUMENT TO BE SERVED
## *ÉLÉMENTS ESSENTIELS DE L'ACTE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*

Matthew P. Skrabanek, c/o Legal Concierge, 3975 McCreary Rd., Parker, TX 75002

**Particulars of the parties:**
*Identité des parties:*

Samantha Sanders vs. RPS Group, PLC, Case No. 2014-46060

## JUDICIAL DOCUMENT
### *ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

To give notice that the Plaintiff has filed a Complaint against the defendant.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

This case relates to a sexual assault by the Captain of the vessel.

**Date and place for entering appearance:**
*Date et lieu de la comparution:*

Answer must be filed with: 215th Judicial District Court, 201 Caroline, Houston, TX 77002

**Court which has given judgment\*\*:**
*Juridiction qui a rendu la décision:*

N/A

**Dale of judgment\*\*:**
*Date de la décision:*

N/A

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte:*

Answer or response due 20 days after the service upon you.

## EXTRAJUDICIAL DOCUMENT
### *ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

N/A

**Time limits stated in the document:\*\***
*Indication des délais figurant dans l'acte:*

N/A

CAUSE NO. 201446060

RECEIPT NO.                    0.00        MTA
          * * * * * * * * * *        TR # 73063081

ʌINTIFF: SANDERS, SAMANTHA                In The  215th
   vs.                                     Judicial District Court
FENDANT: RPS GROUP PLC                     of Harris County, Texas
                                           215TH DISTRICT COURT
                                           Houston, TX

                    CITATION (NON-RESIDENT CORPORATE)
ℇ STATE OF TEXAS
ᴜnty of Harris


: VOLSTAD MARITIME AS
   KLAUS NILSENSGT 6 P O BOX 1137 SENTRUM 6001 AALESUND



  Attached is a copy of <u>PLAINTIFF'S SECOND AMENDED ORIGINAL PETITION</u>

is instrument was filed on the <u>29th day of September, 2014</u>, in the above cited cause number
ₐ court. The instrument attached describes the claim against you.

  YOU HAVE BEEN SUED,  You may employ an attorney.  If you or your attorney do not file a
itten answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday
ᴋt following the expiration of 20 days after you were served this citation and petition,
ₐefault judgment may be taken against you.

 OFFICER SERVING:
  This citation was issued on 2nd day of October, 2014, under my hand and
ₐl of said Court.

ᴊued at request of:                     CHRIS DANIEL, District Clerk
ℝABANEK, MATTHEW PAUL                    Harris County, Texas
)1 KIRBY DRIVE SUITE 760                 201 Caroline      Houston, Texas 77002
ᴊSTON, TX 77098                          (P.O. Box 4651, Houston, Texas 77210)
l: (832) 690-7000
ℂ No.: 24063005                          GENERATED BY: JOHNSON, CHARLETA MA   YS9//9938263

                    OFFICER/AUTHORIZED PERSON RETURN

     Received on the ____ day of _____, _____, at _____ o'clock ____ .M., and

ₑcuted the same in _____ County, Texas, on the ____ day of _____, _____, at

____ o'clock _____.M., by summoning the _____,

              by delivering to _____, in person _____

ₒorporation <
              by leaving in the principal office during office hours

_____ of the said _____

ₜrue copy of this notice, together with accompanying copy of

ᵣving _____ copy _____ $ _____

_____        By _____
          Affiant                                     Deputy

': VOLSTAD MARITIME AS
   KLAUS NILSENSGT 6 P O BOX 1137 SENTRUM 6001 AALESUND


Attached is a copy of <u>PLAINTIFF'S SECOND AMENDED ORIGINAL PETITION</u>

is instrument was filed on the <u>29th day of September, 2014</u>, in the above cited cause number
d court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED,  You may employ an attorney.  If you or your attorney do not file a
itten answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday
xt following the expiration of 20 days after you were served this citation and petition,
default judgment may be taken against you.

OFFICER SERVING:
This citation was issued on 2nd day of October, 2014, under my hand and
l of said Court.

ued at request of:                           CHRIS DANIEL, District Clerk
RABANEK, MATTHEW PAUL                         Harris County, Texas
)1 KIRBY DRIVE SUITE 760                       201 Caroline      Houston, Texas 77002
ISTON, TX 77098                               (P.O. Box 4651, Houston, Texas 77210)
.: (832) 690-7000
No.: 24063005                               GENERATED BY: JOHNSON, CHARLETA MA   YS9//9938263

*(Seal: DISTRICT COURT OF HARRIS COUNTY TEXAS)*

_____
                    OFFICER/AUTHORIZED PERSON RETURN

        Received on the ____ day of _____, _____, at _____ o'clock ____ .M., and

cuted the same in _____ County, Texas, on the ____ day of _____, _____, at

___ o'clock _____.M., by summoning the _____,

        by delivering to _____, in person _____

orporation <
        by leaving in the principal office during office hours

_____ of the said _____

rue copy of this notice, together with accompanying copy of

ving _____ copy _____ $ _____


_____            By _____
        Affiant                                           Deputy

:his day, _____, known to me to be the person whose
lature appears on the foregoing return, personally appeared . After being by me duly sworn,
he stated that this citation was executed by him/her in the exact manner recited on the
irn.

:N TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.


                                            _____
                                            Notary Public

N.INT.CITCN.P                               *|||||||||||||||||||||||||||*

CAUSE NO. 2014-46060

| | | |
|---|---|---|
| Samantha Sanders | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| RPS Group, PLC, WesternGeco AS, | § | |
| WesternGeco, LLC, Schlumberger, | § | |
| Ltd and Volstad Maritime AS | § | |
| | § | |
| Defendants | § | 215TH JUDICIAL DISTRICT |

## SECOND AMENDED PETITION

Plaintiff complains of Defendants RPS Group, PLC, WesternGeco AS, WesternGeco, LLC, Schlumberger, Ltd and Volstad Maritime AS (collectively "Defendants") and would respectfully show the Court that:

### I.

### Jurisdiction

1. This Court has jurisdiction under the Savings to Suitors clause. 28 U.S.C. § 1333. Further, is well-settled that this Jones Act case is not removable. *Lackey v. Atlantic Richfield Co.*, 990 F.2d 202, 207 (5th Cir. 1993).

### II.

### Venue

2. Venue is proper in this District because Defendants are residents of this County.

### III.

### Discovery Level

3. Discovery in this matter may be conducted under Level 3 of the Texas Rules

1

of Civil Procedure.

IV.

**Parties**

4.      Plaintiff is an American seaman and is a resident of Alabama.

5.      Defendant RPS Group, PLC is a Texas company that may be served through its office at 411 North Sam Houston Parkway, Suite 400, Houston, Texas 77060.

6.      Defendant Schlumberger, Ltd. is a Texas company that has been served and has made an appearance in this case.

7.      Defendant WesternGeco AS is a subsidiary of Schlumberger, Ltd. and is headquartered in Houston, Texas.  It may be served through its registered agent, National Registered Agents, Inc. at 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

8.      Defendant WesternGeco LLC is a subsidiary of Schlumberger, Ltd and is headquartered in Houston, Texas. It may be served through its office at 10001 Richmond Ave, Houston, Texas 77042.

9.      Defendant Volstad Maritime AS is a Norwegian company that is headquartered at Klaus Nilsensgt. 6 P.O. Box 1137 Sentrum 6001 Aalesund.

**V.**

**Nature of the Action**

10.      On or about October 1, 2013, Plaintiff was employed by RPS Group, PLC aboard the vessel Geco Tau, which was owned, operated and/or managed by WesternGeco, Schlumberger and Volstad Maritime AS under a time charter.  While the Geco Tau was deployed on navigable waters, and while Plaintiff was contributing to and aiding such vessel to accomplish its mission, Plaintiff was sexually assaulted by the captain of the vessel. The

2

captain was employed by Volstad Maritime AS at the time of the incident. Prior to this time,

Plaintiff's co-worker was also the victim of sexual advances by the captain. On October 1,

2013, the captain grabbed Plaintiff from behind and began rubbing against her. Plaintiff

immediately rebuffed the advances. After approaching management at both RPS and

WesternGeco, the captain again made advances on Plaintiff on October 8, 2013. This time

the captain attempted to kiss Plaintiff. Again, management turned a blind eye. Ultimately,

Plaintiff was finally taken off the vessel.

11. Defendants were negligent and grossly negligent for the following reasons:

    a. failure to properly supervise its crew;

    b. failure to properly train its employees;

    c. failure to provide an adequate crew;

    d. failure to adequately screen the captain;

    e. failure to take timely action upon notice the captain was sexually harassing female crewmembers;

    f. failure to prudently supervise the job;

    g. operating the vessel in an improper and unsafe manner;

    i. vicariously liable for their employees' negligence and gross negligence; and

    h. other acts deemed negligent and grossly negligent.

12. At all relevant times, the Geco Tau was unseaworthy.

13. As a result of said occurrence, Plaintiff suffered unwanted and offensive

physical contact and severe emotional distress.

14. Plaintiff sustained injuries, which resulted in physical pain, mental anguish,

and other medical problems. Plaintiff has sustained severe pain, physical impairment,

3

discomfort, mental anguish, and distress. In all reasonable probability, Plaintiff's physical pain, physical impairment and mental anguish will continue indefinitely. Plaintiff has also suffered a loss of earnings in the past, as well as a loss of future earning capacity. Plaintiff has incurred and will incur pharmaceutical and medical expenses in connection with his injuries. Further, as a seaman, Plaintiff is entitled to maintenance and cure, which Defendant has failed to pay. Plaintiff seeks punitive damages against Defendant for arbitrarily and improperly denying maintenance and cure. Plaintiff has been damaged in a sum far in excess of the minimum jurisdictional limits of this Honorable Court, for which she now sues.

15. Plaintiff is also entitled to punitive damages because the aforementioned actions of Defendant were grossly negligent. Defendant acted with flagrant and malicious disregard of Plaintiff's health and safety. Defendant was subjectively aware of the extreme risk posed by the conditions, which caused Plaintiff's injury, but did nothing to rectify them. Instead, Defendant had Plaintiff and other crewmembers continue working despite the dangerous conditions that were posed to them. Defendant did so knowing that the conditions posed dangerous and grave safety concerns. Defendant's acts and omissions involved an extreme degree of risk considering the probability and magnitude of potential harm to Plaintiff and others. Defendant had actual, subjective awareness of the risk, and consciously disregarded such risk by allowing Plaintiff to work under such dangerous conditions.

## VI.

## Jury Trial

16. Plaintiff hereby requests a trial by jury on all claims.

## VII.

## Prayer

Plaintiff prays that this citation issue and be served upon Defendant in a form and manner prescribed by law, requiring that the Defendant appear and answer, and that upon final hearing, Plaintiff has judgment against Defendant in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, all costs of Court, and all such other and further relief, to which Plaintiff show himself justly entitled, which includes but is not limited to:

- Past and future medical damages;

- Past and future loss of earning capacity;

- Past and future physical pain and suffering and mental anguish;

- Past and future impairment;

- Past and future maintenance and cure;

- Exemplary damages; and

- Attorneys' fees

Respectfully submitted,

**PIERCE CHAPMAN
SKRABANEK BRUERA, PLLC**

*/s/ M. Paul Skrabanek*

---

MICHAEL E. PIERCE
State Bar No. 24039117
M. PAUL SKRABANEK
State Bar No. 24063005
3701 Kirby Drive, Suite 760
Houston, Texas 77098
Telephone: (832) 690-7000
Facsimile: (832) 575-4840
E-mail: michael@pcsblaw.com
paul@pcsblaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2014, a true and correct copy of the above and foregoing instrument was served by E-service and/or facsimile to counsel of record.

Michelle D. Pector
Cody T. Vasut
Baker & Hostetler LLP
811 Main Street, Suite 1100
Houston, TX 77002
***Counsel for Defendant Schlumberger N.V.***

*/s/ M. Paul Skrabanek*
M. Paul Skrabanek