IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SAMANTHA SANDERS | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:15-CV-680 |
| CAMBRIAN CONSULTANTS (CC) | § | |
| AMERICA, INC., D/B/A RPS, | § | |
| WESTERNGECO, LLC AND | § | |
| VOLSTAD MARITIME AS | § | |

## ORDER GRANTING PLAINTIFF SAMANTHA SANDERS AND DEFENDANT WESTERNGECO, L.L.C.'S JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

ON THIS DAY, the Court considered the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff Samantha Sanders ("Sanders") and Defendant WesternGeco, L.L.C. ("WesternGeco"). The Court, having considered the Joint Stipulation of Dismissal with Prejudice and all related papers, is of the opinion that it should be APPROVED. It is therefore,

ORDERED, that all claims, causes of action and third-party claims that were or could have been filed by Sanders against WesternGeco, Schlumberger N.V., a/k/a Schlumberger Limited, and WesternGeco AS, as well as their past, present and future subsidiaries, divisions, parents, affiliates, assigns, related entities, successors, predecessors, representatives, employees, officers, shareholders, directors, agents, assigns, insurers and legal counsel (collectively, the "Released WesternGeco Entities") in the above-referenced lawsuit are DISMISSED WITH PREJUDICE as to the re-filing of same.

SIGNED this 28th day of May, 2015.

_____
JUDGE PRESIDING